# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| GARY PIERCE and HEIDI PIERCE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Court No. 03 C 7524 |
| | ) | |
| CHICAGO RAIL LINK, L.L.C., | ) | Judge Matthew F. Kennelly |
| CSX TRANSPORTATION, INC. and | ) | |
| CSX INTERMODAL, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' SUBMISSION OF PROPOSED JURY INSTRUCTION REGARDING BIFURCATION

        Respectfully submitted,
        GARY PIERCE and HEIDI PIERCE,
        Plaintiffs


By:   /s/George T. Brugess
       George T. Brugess

HOEY & FARINA, P.C.
Attorneys for Plaintiff
542 South Dearborn Street
Suite 200
Chicago, Illinois 60605
312/939-1212

## PROOF OF SERVICE

      George T. Brugess, an attorney, certifies that he served a copy of the above Plaintiffs' Submission of Proposed Jury Instruction Regarding Bifurcation upon the attorneys listed below via e-filing the document and by U.S. Mail, a copy thereof to the address indicated below on or before 5:00 p.m. June 8, 2006.

      Evan B. Karnes, II
      O'Connor & Karnes
      20 S. Clark Street, Suite 2000
      Chicago, Illinois 60603

      James A. Fletcher
      Fletcher & Sippel, LLC
      29 N. Wacker Drive, Suite 920
      Chicago, IL 60606-2875

      /s/George T. Brugess
      George T. Brugess

HOEY AND FARINA, P.C.
542 South Dearborn, Suite 200
Chicago, IL 60605
(312) 939-1212